**Order filed May 29, 2015**



## In The

# Elebenth Court of Appeals

———————

## No. 11-15-00067-CV

———————

# IN RE FORD MOTOR COMPANY AND THE SEWELL FAMILY OF COMPANIES, INC. D/B/A SEWELL FORD-LINCOLN

════════════════════════════════════════════

## Original Mandamus Proceeding

════════════════════════════════════════════

## O R D E R

On April 2, 2015, this court issued an order in which we granted a stay of all proceedings in the trial court with respect to the underlying cause. The stay was issued to afford this court sufficient time to review the merits of the petition for writ of mandamus and the response thereto. Today, we deny the petition for writ of mandamus. Accordingly, we also dissolve the stay entered by this court on April 2, 2015.

PER CURIAM

May 29, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.